| People v Bazemore | 1st Dept: 147 AD3d 698 (NY) | denied 6/27/17 (Fahey, J.) |
|---|---|---|
| People v Beard | 4th Dept: 148 AD3d 1745 (Monroe) | denied 6/14/17 (DiFiore, Ch. J.) |
| People v Beer | 2d Dept: 146 AD3d 895 (Nassau) | denied 6/6/17 (Rivera, J.) |
| People v Bell (Allen) | 1st Dept: 149 AD3d 632 (NY) | denied 6/27/17 (Fahey, J.) |
| People v Bell (Brandon) | App Term, 1st Dept: 54 Misc 3d 143(A) (NY) | denied 6/22/17 (Wilson, J.) |
| People v Benoit | App Div, 1st Dept: 2017 NY Slip Op 63567(U) (NY) | dismissed 6/22/17 (Wilson, J.) |
| People v Binet | 4th Dept: 147 AD3d 1390 (Onondaga) | denied 6/5/17 (Stein, J.) |
| People v Bond | 3d Dept: 146 AD3d 1155 (Schenectady) | denied 6/6/17 (Rivera, J.) |
| People v Bonds | 3d Dept: 148 AD3d 1304 (Schenectady) | denied 6/23/17 (Wilson, J.) |
| People v Bones | 4th Dept: 148 AD3d 1793 (Niagara) | denied 6/6/17 (Rivera, J.) |
| People v Bowers | 2d Dept: 148 AD3d 1042 (Queens) | denied 6/13/17 (Stein, J.) |
| People v Box | 4th Dept: 145 AD3d 1510 (Monroe) | denied 6/14/17 (DiFiore, Ch. J.) |
| People v Bravo | 1st Dept: 149 AD3d 596 (NY) | denied 6/14/17 (Rivera, J.) |
| People v Briggs | 2d Dept: 147 AD3d 1077 (Westchester) | denied 6/22/17 (Wilson, J.) |
| People v Broomfield | App Term, 2d Dept, 2d, 11th & 13th Jud Dists: 55 Misc 3d 137(A) (Kings) | denied 6/23/17 (Fahey, J.) |
| People v Brown (Devineil) | 2d Dept: 149 AD3d 768 (Kings) | denied 6/27/17 (Fahey, J.) |
| People v Brown (Dijon) | 4th Dept: 148 AD3d 1534 (Erie) | denied 6/22/17 (DiFiore, Ch. J.) |
| People v Burdine (Romell) | 4th Dept: 149 AD3d 1626 (Onondaga) | denied 6/8/17 (Stein, J.) |
| People v Burdine (Rommel) | 4th Dept: 149 AD3d 1626 (Onondaga) | denied 6/8/17 (Stein, J.) |
| People v Butts | 1st Dept: 149 AD3d 549 (NY) | denied 6/23/17 (Fahey, J.) |
| People v Calderon | 2d Dept: 146 AD3d 967 (Kings) | denied 6/22/17 (Wilson, J.) |
| People v Campbell | 2d Dept: 148 AD3d 1044 (Nassau) | denied 6/28/17 (Rivera, J.) |
| People v Cappuccio | 1st Dept: 149 AD3d 557 (NY) | denied 6/12/17 (DiFiore, Ch. J.) |
| People v Capriata | 1st Dept: 148 AD3d 528 (NY) | denied 6/13/17 (Fahey, J.) |
| People v Card | App Term, 1st Dept: 55 Misc 3d 133(A) (NY) | denied 6/28/17 (Rivera, J.) |